EDOK Criminal Complaint (Revised 6/13)

# United States District Court
## EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>TRACY ANN MANNON,<br><br>　　　　　　　　　Defendant. | **CRIMINAL COMPLAINT**<br><br>Case No.  24-MJ-84-DES |

　　I, Christian Goode, the undersigned complainant, state that the following is true to the best of my knowledge and belief.

　　On or about February 26, 2024, in the Eastern District of Oklahoma, Tracy Ann Mannon, committed the crime of **Murder in Indian Country-Second Degree**, in violation of Title 18, United States Code, Section(s) 1111(a), 1151, and 1153.

　　I further state that I am a special agent with the Oklahoma State Bureau of Investigation, and that this complaint is based on the following facts:

　　(See attached Affidavit of Christian Goode, which is attached hereto and made a part hereof by reference.)

☒　　Continued on the attached sheet.

　　　　　　　　　　　　　　　　　　　　　　　_/s/ Christian Goode_
　　　　　　　　　　　　　　　　　　　　　　　Christian Goode
　　　　　　　　　　　　　　　　　　　　　　　Special Agent
　　　　　　　　　　　　　　　　　　　　　　　Oklahoma State Bureau of Invesitgation

Sworn to on  2/29/2024  .

_D. EDWARD SNOW_
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer

　　　　　　　　　　　　　　　　　　　　　　　_/s/ D. Edward Snow_
　　　　　　　　　　　　　　　　　　　　　　　Signature of Judicial Officer

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Special Agent Christian Goode, with the Oklahoma State Bureau of Investigation and Task Force Officer of the Federal Bureau of Investigation's CID Safe Trails Task Force, being duly sworn, depose and state that:

**INTRODUCTION**

1. Your Affiant is a Task Force Officer ("TFO") with the Federal Bureau of Investigation ("FBI") and has been so since November 2020. I am currently assigned to the Federal Bureau of Investigation's CID Safe Trails Task Force, where I am a federal law enforcement officer within the meaning of Federal Rules of Criminal Procedure 41(a)(2)(C), that is a government agent engaged in enforcing the criminal laws and duly authorized by the Attorney General to seek and execute arrest warrants. I have been a Special Agent with the Oklahoma State Bureau of Investigation ("OSBI") since 2020. I am currently assigned to the Major Crime Unit in the South East Region of Oklahoma. My responsibilities include the investigation of Major Crimes in Oklahoma and the possible violations of federal law, including the investigation of Indian Country violations under Title 18, United States Code, Sections 1151, 1152, and 1153.

2. As a Federal Agent, I am authorized to investigate violations of the laws of the United States, and to execute warrants issued under the authority of the United States.

3. The statements contained in this Affidavit are based in part on: information provided by other agencies, written reports about this and other investigations that I have received, directly or indirectly, from other law enforcement agents; independent investigation; and my experience, training, and background as a Special Agent with the OSBI and as FBI Task Force Officer. Because this Affidavit is being submitted for the limited purpose of establishing probable

1

cause to believe that TRACY ANN MANNON, committed the below-described offense, I have not included every detail of the investigation. In addition, unless otherwise indicated, all statements contained in this Affidavit are summaries in substance and in part. The following is true to the best of my knowledge and belief.

## PROBABLE CAUSE

4.   As will be shown below, there is probable cause to believe that TRACY ANN MANNON committed a violation of Title 18, United States Code, Section 1111(a), 1151, and 1153, Murder in Indian Country-Second Degree, which occurred within the boundaries of the Choctaw Nation.

5.   VENUE: The facts and circumstances alleged in this affidavit occurred in Wilburton, Oklahoma, which is within the Eastern District of Oklahoma. The below described location is within the geographic boundaries of the Choctaw Nation, and therefore is within Indian Country.

6.   DEFENDANT: The defendant is TRACY ANN MANNON, hereinafter referred to as "MANNON," and is an enrolled member of the Cherokee Nation, by blood. The victim of the offense described herein is an enrolled member of the Cherokee Nation, by blood.

7.   Your Affiant received information regarding a crime which occurred in Wilburton, Latimer County, Oklahoma within the boundaries of the Choctaw Nation. This Affidavit is intended to show there is sufficient probable cause for a Complaint and does not set forth all of my knowledge about this matter. This Affidavit is made in support of a Complaint and Arrest Warrant for the crime in violation of Title 18, United States Code, Section 1111(a), 1151, and 1153. In support of this request, Your Affiant submits the following:

8.   On or about February 26, 2024, Wilburton Police Department (hereafter "WPD") received a 911 call for service in reference to a disturbance at 700 West Caddo Avenue, Wilburton,

Oklahoma. The call was received at or around 4:04 p.m. and requested a welfare check. The caller stated she heard the neighbor screaming at her mother before silence ensued.

9. An officer of WPD arrived on-scene at approximately 4:10 p.m. Upon arrival to the residence, the officer approached the front door and knocked in an attempt to make contact. There was no response. The officer peered through the front window and, after observing an open back door, walked through the attached carport and continued to the back yard of the residence. The officer observed a female, later identified as L.B., on the ground with a large, apparent laceration from her chest plate to her lower abdomen, and her organs and fatty-like tissue were spilling out of the body cavity. The officer also observed lacerations to the victim's face and arms. After requesting additional assistance, the officer returned to his patrol car to obtain gloves and returned to the victim to check for a pulse; he was met with negative results. Medical professionals arrived on-scene and declared the female victim deceased.

10. The officer looked into a lighted window from the back yard and observed an adult female standing at the kitchen sink apparently washing dishes. This female was later identified as MANNON. MANNON was subsequently detained.

11. Upon arrival of additional law enforcement personnel, a protective sweep of the residence was conducted. Officers observed a large kitchen knife with a black handle in the sink where MANNON had been observed washing dishes. The knife appeared to have red stains consistent with the color of blood and fatty-like tissue on the blade and handle.

12. After being advised of her Miranda rights, MANNON voluntarily provided the following information to OSBI Special Agent CHRISTIAN GOODE: MANNON stated she did kill L.B., who is her mother. MANNON took her blood-stained clothing items and wrapped them in carpet, placing them in her closet in her room. MANNON advised she used two knives during the act: one she described as a black butcher knife approximately 8-10" in length, which is in the

house; the other knife is possibly still in the body. MANNON planned to dispose of the body by cutting it and removing the entrails, to make ease of placing L.B. in the tote container, but the knife she had chosen was too dull to complete the task. The physical altercation first began in MANNON's room. When the first responding officer arrived at the scene, MANNON was in the shower rinsing off. MANNON estimated she slashed the victim with a knife two times and stabbed her five times. During the interview, GOODE observed red stains under her fingernails. MANNON stated she committed the crime of murder and felt no remorse for her actions.

13. Based on a review of this case and based on my knowledge and experience with violent crimes in Indian Country, I, as your Affiant have probable cause to believe TRACY ANN MANNON committed the offense of Murder in Indian Country in violation of Title 18, United States Code, Sections 1111(a), 1151, and 1153. Considering the multiple actions taken to conceal the crime, MANNON's statements to law enforcement, and the extent of L.B.'s injuries your Affiant has probable cause to believe MANNON killed L.B. with malice aforethought.

Respectfully Submitted,

_____
Christian Goode, Special Agent
Oklahoma State Bureau of Investigation

Sworn before me this __29th__ day of February 2024.

_____
HONORABLE D. EDWARD SNOW
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF OKLAHOMA

4