IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff*,<br><br>v.<br><br>TRACY ANN MANNON,<br><br>    *Defendant.* | Case No. 24-MJ-84-DES |

### APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

    COMES NOW, Joshua Satter, Assistant United States Attorney, and respectfully requests the court issue a Writ of Habeas Corpus Ad Prosequendum for: **TRACY ANN MANNON, (DOB: 06/XX/1972; SSN: XXX-XX-5565)**, now detained by the Sheriff of the Latimer County Jail, Wilburton, Oklahoma, on Choctaw Nation tribal charges in order that she be presented forthwith for Initial Appearance/Arraignment and subsequent disposition of the charges in the above styled and numbered cause and after said Initial Appearance/Arraignment and ensuing litigation be returned to the custody of the said facility.

Date: March 1, 2024        s/ *Joshua Satter*
                                            Joshua Satter
                                            Assistant United States Attorney

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

    The instant Application for Writ of Habeas Corpus Ad Prosequendum is hereby **GRANTED** and the Sheriff of the Latimer County Jail, Wilburton, Oklahoma, as well as the United States Marshal for the Eastern District of Oklahoma, his deputies, and other U.S. Marshals and their deputies, is and are hereby directed to produce forthwith the body of **TRACY ANN MANNON, (DOB: 06/XX/1972; SSN: XXX-XX-5565)** now being held on Choctaw Nation tribal charges, before the United States District Court for the Eastern District of Oklahoma at Muskogee, Oklahoma, for Initial Appearance/Arraignment and thereafter to maintain said detainee within the jurisdiction of this Court pending the satisfaction of this writ or the further orders of the Court, thereupon to be returned to the custody of said facility.

Date: 3/1/2024                                                UNITED STATES MAGISTRATE JUDGE