AO 468 (Rev. 04/15) Waiver of a Preliminary Hearing



MAR - 6 2024

BONNIE HACKLER
Clerk, U.S. District Court

By_____
Deputy Clerk

## UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| v. ) | |
| ) | Case No.  24-MJ-84-DES |
| TRACY ANN MANNON, ) | |
| *Defendant* ) | |

### WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date:   03/06/2024

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*